**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RIVERSIDE SCHOOL DISTRICT, | : | No. 625 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| RIVERSIDE EDUCATIONAL SUPPORT | : | |
| PERSONNEL ASSOCIATION ESP-PSEA- | : | |
| NEA, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.